[No. 12289-4-I.   Division One.   December 12, 1984.]

*In the Matter of the Marriage of* BERTHA L. VOSS,
*Appellant, and* HARRY VOSS, *Respondent.*

Appeal from a judgment of the Superior Court for Island
County, No. 12584, Richard L. Pitt, J., entered August 27,
1982. *Affirmed* by unpublished opinion per Corbett, A.C.J.,
concurred in by Williams and Ringold, JJ.

[No. 11711-4-I.   Division One.   December 12, 1984.]

NORTHWEST CONTAINERS, INC., *Respondent,* v. WESTERN
INDUSTRIAL SALES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 79-2-00253-2, John F. Wilson, J.,
entered April 8, 1982. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Callow and Scholfield, JJ.

[No. 12383-1-I.   Division One.   December 12, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
R. HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-1-01750-3, Herbert M. Stephens, J.,
entered September 23, 1982. *Affirmed* by unpublished
opinion per Williams, J., concurred in by Corbett, A.C.J.,
and Scholfield, J.

[No. 13315-2-I.   Division One.   December 12, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
ELLIOTT, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 82-1-00437-8, Byron L. Swedberg, J.,
entered June 1, 1983. *Affirmed* by unpublished opinion per
Ringold, J., concurred in by Williams and Coleman, JJ.